5/7/25

Your Honor

I Maria Cruz #85886509 am currently incarcerated at FMC Carswell in Fort Worth Tx. I am writing you regarding my release.

As of yesterday I was called to meet with my Unit team. 5/6/25 This was to sign for my release, which was to be 5/19/25. This morning I was called back and was told that Immigration had sent an email stating I now have a final deportation & that I have had my FSA credits taken. The secretary tore the paper I signed yesterday in front of me and told me that without my FSA credits I am now not leaving until Feb/2026.

Since Feb of this year I have had my head played with, with my days going back & forth, back & forth! This has really affected me mentally & physically. And the stress this has caused & will cause my children is devastating.

I come from Dublin CA... I was part of the Law Suit that was won. On the paperwork I was given it states that regardless of our immigration status BOP has to credit us our FSA or SCA for our

release. So if they are taking my FSA credit this means BOP is not respecting what was won in the Law suit. So can you please explain to me what was won on my behave. Also I was sentenced to 60 months then I was resentenced and received a 2pt reduction which brought my time down to 57 months. Can you please clarify exactly how much time I am suppose to get credit for. And may I please get an application for a compationnate release so I can have it sent to my sentencing Judge.

Thank You
Maria Cruz

[signature]



U.S. Department of Justice

Federal Bureau of Prisons

*Federal Medical Center, Carswell*

*P. O. Box 27066*
*"J" Street - Building 3000*
*Fort Worth, Texas 76127*

November 6, 2024

To Whom It May Concern:

This is to verify that Cruz, Maria Register Number 85886-509 is currently housed at the Federal Medical Center, Carswell, Fort Worth, Texas. Inmate Cruz Projected Release Date is May 4, 2025, via First Step Act Release.

If I can be of further assistance, please do not hesitate to contact me at 817-782-4000.

Sincerely,

K. Rivera
Case Manager

this is just one date I was given out of 4 different ones.
But Ive already sent all, well most of my paperwork home.